# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENDRA SILVIA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>Midland Credit Management, Inc., and John Does 1-25;<br><br>    Defendant(s) | No.: _3:21-CV-5514<br><br>**NOTICE OF SETTLEMENT** |

Notice is hereby given that the parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction for these parties during said sixty (60) day period. Please vacate all currently scheduled dates for these parties.

DATED this 30th day of August, 2021.

Respectfully submitted,
By: _/s Raphael Deutsch
Raphael Deutsch
Stein Saks, PLLC
One University Plaza
Hackensack, NJ 07601
201-282-6500
rdeutsch@steinsakslegal.com